UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL JIMENEZ,

        Plaintiff,        CIV. S-99-0908 EJG PAN

    v.

JO ANNE B. BARNHART,        FINDINGS AND RECOMMENDATIONS
Commissioner of Social
Security Administration,

        Defendant.

-o0o-

On November 12, 2002, this court vacated its judgment in plaintiff's favor entered July 24, 2000, and remanded this case to the Commissioner pursuant to sentence six of 42 U.S.C. § 405(g) for consideration of new and material evidence.

On July 28, 2004, an administrative law judge rendered a decision adverse to plaintiff on remand.  Plaintiff failed to file exceptions with the Appeals Council and the Council did not assume jurisdiction sua sponte.  Accordingly, the decision of the

administrative law judge became the final decision of the Commissioner on September 1, 2004.  20 C.F.R. §§ 404.984(d), 404.984(b), 422.210(c)).

As plaintiff did not seek judicial review within the 60-day period accorded by 42 U.S.C. § 405(g) and 20 C.F.R. § 422.210(c), he failed to exhaust his administrative remedies and this court is without jurisdiction to review the Commissioner's final decision.

On July 11, 2005, the Commissioner filed a status report seeking affirmation of the administrative law judge's decision. Plaintiff has not filed a response.

I therefore recommend the Clerk of Court be directed to enter final judgment on behalf of the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

These findings and recommendations are submitted to the Honorable Lawrence K. Karlton, the United States District Judge assigned to this case.  28 U.S.C. § 636(b)(l).  Written objections may be filed within ten days after being served with these findings and recommendations.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The failure to file objections within the specified time may waive the right to appeal the District Court's

////
////
////
////

2

1  order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

2  Dated:  November 9, 2005.

                                        <u>/s/ Peter A. Nowinski</u>
                                        PETER A. NOWINSKI
                                        Magistrate Judge