IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL JIMENEZ,

       Plaintiff,                  No. CIV. S-99-0908-LKK-PAN

   vs.

JO ANNE B. BARNHART,
Commissioner of Social
Security,                                     ORDER

       Defendant.
_____/

    This matter is before the court following remand pursuant to sentence six of 42 U.S.C. § 405(g). Plaintiff did not seek judicial review and on July 11, 2005, defendant moved for a final judgment. On November 10, 2005, the Honorable Peter A. Nowinski, United States Magistrate Judge, filed findings and recommendation to enter final judgment which were served on all parties and objections were to be filed within ten days after service. Neither party has filed objections to the findings and recommendation.

1

The court has reviewed the file and finds the findings and recommendation to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation filed November 10, 2005, are adopted in full; and

2. The Clerk of Court shall enter final judgment on behalf of the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: __January 10, 2006.

/s/Lawrence K. Karlton
UNITED STATES DISTRICT JUDGE

2